IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMADOU YERO DIALLO          )
                            )
            V.              )    Civil Action No. 3:26-cv-793
                            )
ODDO, et al                 )
                            )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __19th__ day of _____May_____ ,_2026_ , the Court being satisfied that the above-named petitioner is financially unable to obtain counsel, and said petitioner not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, phone number (412) 644-6565, is hereby appointed to represent the petitioner in all matters pertaining to this action.

PRIMARY COUNSEL:    Andrew Lipson

                    PA Attorney ID #


                    _s/ Mark R. Hornak_____
                    Mark R. Hornak
                    United States District Judge